UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>JULIO ACOSTA,<br><br>    Defendant. | Crim. Action No. 06-876-01 (WHW)<br><br>**ORDER** |

**Walls, Senior District Judge**

This matter having been brought before the Court by Defendant, Julio Acosta, with no response by Plaintiff, the United States of America,

It is on this 17th day of April, 2008,

**ORDERED** that the portions of the June 6, 2007 Sentencing Transcript of the Defendant be prepared at the United States's expense.

s/William H. Walls<br>
United States Senior District Judge