PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Julio Acosta  **Docket Number:** 06-00876-001
 **PACTS Number:** 43111

**Name of Sentencing Judicial Officer:** Honorable William H. Walls, Sr. USDJ

**Date of Sentence:** 06/21/2007

**Original Offense:** CONSPIRACY TO DISTRIBUTE A CONTROLLED SUBSTANCE

**Original Sentence:** 60 months imprisonment; 5 years supervised release; $100 special assessment.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 03/10/10

**Assistant U.S. Attorney:** Milagros Camacho, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Linda D. Foster, Federal Public Defender, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On October 27, 2010, Acosta was arrested by the Passaic Police Department for burglary and contempt of a Court order. The alleged criminal conduct took place on September 12, 2010. |
| 2 | The offender has violated the supervision condition which states '**The defendant refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**<br><br>The offender failed to attended and complete Bergen Regional's outpatient substance abuse program. |

PROB 12C - Page 2
Julio Acosta

3   The offender has violated the supervision condition which states '**The defendant shall participate in an approved program for domestic violence.**

The offender failed to attended and complete Bergen Regional's behavior health program. The offender had also been referred to a domestic violence prevention program at the Options Counseling Center in Paterson, New Jersey.

4   The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

Acosta has failed to submit monthly supervision reports since July 2010.

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin P. Egli
U.S. Probation Officer
Date: 11/05/10

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons. Date of Hearing: Dec 6, 2010 @ 11 a.m.
[ ] No Action
[ ] Other

Signature of Judicial Officer

17 November 2010
Date